## Nina Kovalik

**From:** Stacey Rose Harris
**Sent:** Tuesday, March 02, 2010 11:18 AM
**To:** Nina Kovalik
**Subject:** FW: Amended Complaint

---

**From:** rnabatoff@brandlawgroup.com [mailto:rnabatoff@brandlawgroup.com]
**Sent:** Tuesday, March 02, 2010 11:14 AM
**To:** Stacey Rose Harris
**Subject:** Re: Amended Complaint

We do not object to your filing an amended complaint

Sent via BlackBerry from T-Mobile

---

**From:** "Stacey Rose Harris" <sharris@dimuro.com>
**Date:** Tue, 2 Mar 2010 11:12:13 -0500
**To:** <rnabatoff@brandlawgroup.com>
**Subject:** Amended Complaint

Hi Ross,

Per the "written consent" requirement, could you please confirm with a reply email that we had your consent to file the Amended Complaint?

Thanks,
Stacey

*Stacey Rose Harris*
**DiMuroGinsberg, P.C.**
908 King Street, Suite 200
Alexandria, Virginia 22314
703.684.4333 (tel) | 703.548.3181 (fax)
sharris@dimuro.com

CONFIDENTIALITY NOTICE: This electronic message (and any attachment) is intended to be viewed only by the individual or entity who is the intended recipient. Information contained in this electronic transmission is privileged, confidential, exempt from disclosure and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. Only the person named as the recipient in this E-mail may use this information *in any way*. Any dissemination, distribution or copying of this electronic communication is strictly prohibited without our prior permission. If you are not the intended recipient of this electronic message, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received the message in error, you must not read, distribute or reproduce this electronic transmission. Please notify **DiMuroGinsberg, P.C.** immediately by phone, fax or return e-mail and delete this entire electronic message and any copies of it from your computer system. In anticipation of your cooperation, thank you.
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

EXHIBIT A

3/2/2010